**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01556-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JENNIFER M. ROSE,

      Plaintiff,

v.

SGT. MULRUDE,
SGT. COOK,
SHIFT LT.,
SHERIFF OF ARAPAHOE COUNTY,
DR. GROPE, and
DEPUTY FRED,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff has submitted a *pro se* Prisoner Complaint and a "Motion to File Without

Payment of Filing Fee."  As part of the court's review pursuant to D.C.COLO.LCivR 8.2,

the court has determined that the submitted documents are deficient as described in

this order.  Plaintiff will be directed to cure the following if she wishes to pursue her

claims.  Any papers that the Plaintiff files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing (account statement submitted is
                not certified)

(4)    __    is missing certificate showing current balance in prison account (account statement submitted is not certified)
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    X     is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    X     other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    names in caption do not match names in text
(16)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __    other

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 18, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge