IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01556-LTB

JENNIFER M. ROSE,

    Plaintiff,

v.

SGT. MULRUDE,
SGT. COOK,
SHIFT LT.,
SHERIFF OF ARAPAHOE COUNTY,
DR. GROPE, and
DEPUTY FRED,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 10, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 10 day of September, 2012.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/L. Gianelli
                                    Deputy Clerk